IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR184 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW ROOT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties (Filing No. 41). Pursuant to the retroactive amendment to the crack cocaine guidelines, the defendant's final offense level is 17. His criminal history category remains at III. The government and defense agree that his sentence should be reduced to thirty (30) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to thirty (30) months. Defendant shall receive credit for all time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 25th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court